**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
MAY 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| STANLEY E. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-375 |
| ) | |
| WILLIAM K. SUTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is hereby

**ORDERED** that plaintiff's motion for leave to proceed on appeal *in forma pauperis* [Dkt. #8] is **GRANTED**.

SO ORDERED.

_____
United States District Judge

DATE: 5/16/08

10